**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **MARILYN MULHALL,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:20-CV-846-GNS |
| | ) |
| **RIVER CITY GLASS** | ) |
| **AND MIRROR, INC. ET AL.,** | ) |
| | ) |
|    Defendants. | ) |

## ORDER OF DISMISSAL

The Court, having considered the *Stipulation of Dismissal with Prejudice* filed by the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby **ORDERS** that this action be **DISMISSED WITH PREJUDICE**, with the parties responsible for their own attorneys' fees and costs.

Dated: May 10, 2021

Greg N. Stivers, Chief Judge
United States District Court

All counsel of record.